AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW YORK )<br>*Plaintiff* )<br>v. )<br>ROBERT GORDON, d/b/a ALL OF OUR BUTTS et al. )<br>*Defendant* ) | Case No.   12-CV-4838 |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERT GORDON, d/b/a ALL OF OUR BUTTS and MARCIA GORDON

Date:   07/16/2012

*Attorney's signature*

ADAM J. RADER (AR-3530)
*Printed name and bar number*

ANDERSON KILL & OLICK, P.C.
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

*Address*

Arader@andersonkill.com
*E-mail address*

(212) 278-1016
*Telephone number*

(212) 278-1733
*FAX number*