AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF NEW YOR

| | |
|---|---|
| CITY OF NEW YORK ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   12-CV-4838 |
| ROBERT GORDON,d/b/aALL OF OUR BUTTS et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERT GORDON, d/b/a ALL OF OUR BUTTS and MARCIA GORDON

Date:   07/16/2012

*Attorney's signature*

MICHAEL A. LACHER (ML-8229)
*Printed name and bar number*

ANDERSON KILL & OLICK, P.C.
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

*Address*

Mlacher@andersonkill.com
*E-mail address*

(212) 278-1198
*Telephone number*

(212) 278-1733
*FAX number*