# ANDERSON KILL & OLICK, P.C.

*Attorneys and Counsellors at Law*

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Adam J. Rader, Esq.
Arader@andersonkill.com
212-278-1016

July 16, 2012

*By E-Mail*

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/12
```

Re: City of New York v. Robert Gordon, d/b/a All Of Our Butts et al. ------12-CV-4838

Dear Judge Furman:

We represent Robert Gordon, d/b/a All Of Our Butts and Marcia Gordon in the above-referenced matter. We are writing to respectfully request that the time for our clients to answer, move or otherwise respond to the Summons and Complaint be extended from **July 23, 2012** to **August 22, 2012**. There have been no prior requests for an adjournment of this date and the Plaintiff has consented to the requested extension as evidenced by the Stipulation, executed by the Plaintiff's counsel and our firm, that is enclosed with this letter.

Based on the foregoing, we respectfully request that Your Honor "So Order" this letter to confirm the Court's approval of the extension of time requested herein.

Respectfully submitted,
Anderson Kill & Olick, P.C.

By: _____
Adam J. Rader (AR-3530)

SO ORDERED:

_____ 7/16/12
Hon. Jesse M. Furman, U.S.D.J.

**Anderson Kill & Olick, P.C.**

July 16, 2012
Page 2

Enclosure

cc: Michael A. Cardozo, Corporation Counsel of the City of New York
 (Attn: Eric Proshansky, Assistant Corporation Counsel – eproshan@law.nyc.gov)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
THE CITY OF NEW YORK,

                        Plaintiff,

               Civil Action No. 12 cv 4838

        -against-

ROBERT GORDON, d/b/a ALL OF OUR BUTTS;
MARCIA GORDON; JOHN DOES 1-5, being persons     STIPULATION
who own, are employed by or are associated with ALL OF
OUR BUTTS; REGIONAL INTEGRATED LOGISTICS,
INC., d/b/a REGIONAL PARCEL SERVICES; and JOHN
DOES 6-10, being persons who own, are employed by or
are associated with Regional Integrated Logistics, Inc. d/b/a
Regional Parcel Services,

                        Defendants.
----------------------------------------------------------------x

It is hereby stipulated and agreed by and between the undersigned parties that the time for Defendants ROBERT GORDON, d/b/a ALL OF OUR BUTTS and MARCIA GORDON to answer, move or otherwise respond to the Summons and Complaint filed in the above-captioned action shall be extended to August 22, 2012.

Dated: New York, New York
       July 12, 2012

| | |
|---|---|
| MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br><br>100 Church Street, Room 20-99<br>New York, New York 10007<br>(212) 788-1324<br><br>By: _____<br>    Eric Proshansky (EP-1777)<br>    Assistant Corporation Counsel | ANDERSON KILL & OLICK, P.C.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 278-1000<br><br><br>By: _____<br>    Michael A. Lacher. (ML 8229)<br>    Adam Rader (AR 3530)<br>    Attorneys for Defendants Robert<br>    Gordon, d/b/a All Of Our Butts and<br>    Marcia Gordon |