AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| City of New York | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-cv-4838 |
| Robert Gordon, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Regional Integrated Logistics, Inc.

Date: 07/17/2012

s/Marybeth Priore
*Attorney's signature*

Marybeth Priore (MP-2039)
*Printed name and bar number*

Colucci & Gallaher, PC
2000 Liberty Building
424 Main Street, Buffalo NY 14202
*Address*

mpriore@colucci-gallaher.com
*E-mail address*

(716) 856-4868
*Telephone number*

(716) 854-4070
*FAX number*