UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

City of New York

                        Plaintiff,

Case No. 12-CV-4838

-against-

Robert Gordon, d/b/a ALLOF
OUR BUTTS et al.      Defendant.
----------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Michael A. Lacher**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ML-8229     My State Bar Number is 018331

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Lacher & Lovell-Taylor
                 FIRM ADDRESS: 460 Park Avenue, New York, NY 10022
                 FIRM TELEPHONE NUMBER: (212) 872-1500
                 FIRM FAX NUMBER: (212) 872-1633

NEW FIRM:   FIRM NAME: Anderson Kill & Olick
                 FIRM ADDRESS: 1251 Avenue of the Americas, NY, NY 10020
                 FIRM TELEPHONE NUMBER: (212) 278-1000
                 FIRM FAX NUMBER: (212) 278-1733

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: July 17, 2012

*(signature)*
ATTORNEY'S SIGNATURE