# COLUCCI & GALLAHER, P.C.

Direct Dial:   (716) 856-4868
Email:        mpriore@colucci-gallaher.com

July 17, 2012

Via Email FURMAN_NYSDCHAMBERS@nysd.us.courts.gov
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/12
```

   Re:   *City of New York v. Robert Gordon, et al.*
         Case No. 12-cv-4838(JMF)

Dear Judge Furman:

   This office represents Regional Integrated Logistics, Inc., a defendant in the above-referenced matter. We are writing to respectfully request the time to answer or otherwise respond to the Summons and Complaint be extended from July 18, 2012 to August 17, 2012. There has been no previous request for an extension of time, and Mr. Proshansky of the Corporation Counsel's office has graciously consented to the extension. Furthermore, the Mr. Proshansky has stipulated to co-defendants' similar request for an extension.

   We respectfully request that the Court "so order" this letter to confirm the extension of time to August 17, 2012.

                                   Respectfully submitted,

                                   *[signature]*
                                   Marybeth Priore (MP-2039)
                                   for COLUCCI & GALLAHER, P.C.

SO ORDERED:

*[signature]*
Hon. Jesse M. Furman
July 17, 2012

MP:bu
cc via email:   Eric Proshansky, Esq. (eproshn@law.nyc.gov)
                Adam J. Rader, Esq. (areder@andersonkill.com)
cc:             Paul G. Joyce, Esq.