# ANDERSON KILL & OLICK, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/12

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Adam J. Rader, Esq.
Arader@andersonkill.com
212-278-1016

*By E-Mail*

August 9, 2012

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov

Re: *City of New York v. Robert Gordon, d/b/a All Of Our Butts et al. ------ --12-CV-4838*

Dear Judge Furman:

We represent Robert Gordon, d/b/a All Of Our Butts and Marcia Gordon in the above-referenced matter. We are writing to respectfully request that the time for our clients to answer, move or otherwise respond to the Summons and Complaint be extended from **August 22, 2012** to **September 21, 2012**. There has been one prior request for a thirty-day adjournment of this deadline shortly after our firm was retained in this matter. That request was granted by Your Honor on July 17, 2012. I have conferred with counsel for the City of New York who has advised me that the City does not object to my request.

Based on the foregoing, we respectfully request that Your Honor "So Order" this letter to confirm the Court's approval of the extension of time requested herein.

*Defendant is granted an extension, but only until September 7, 2012.*

Respectfully submitted,
Anderson Kill & Olick, P.C.

By: _____
Adam J. Rader (AR-3530)

SO ORDERED:
_____
Hon. Jesse M. Furman, U.S.D.J.
August 10, 2012

**Anderson Kill & Olick, P.C.**

August 9, 2012
Page 2

cc: Michael A. Cardozo, Corporation Counsel of the City of New York
   (Attn: Eric Proshansky, Assistant Corporation Counsel – eproshan@law.nyc.gov)

   Colucci & Gallaher, P.C.
   (Attn: Paul Joyce, Esq. – PJoyce@colucci-gallaher.com)