# COLUCCI & GALLAHER, P.C.

Direct Dial: (716) 856-4868
Email: mpriore@colucci-gallaher.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/12
```

August 10, 2012

Via Email FURMAN_NYSDCHAMBERS@nysd.us.courts.gov
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *City of New York v. Robert Gordon, et al.*
              Case No. 12-cv-4838(JMF)

Dear Judge Furman:

     This office represents Regional Integrated Logistics, Inc., a defendant in the above-referenced matter. We are writing to respectfully request the time for our client to answer, move or otherwise respond to the Summons and Complaint be extended from August 17, 2012 to September 7, 2012. There has been one prior request for a thirty-day adjournment of this deadline. That request was granted by Your Honor on July 17, 2012. I have conferred with counsel for the City of New York who has advised me that the City does not object to this request.

     We respectfully request that the Court "so order" this letter to confirm the extension of time to September 7, 2012.

                                                   Respectfully submitted,

                                                   Marybeth Priore (MP-2039)
                                                   for COLUCCI & GALLAHER, P.C.

SO ORDERED:

_____
Hon. Jesse M. Furman
August 10, 2012

# COLUCCI & GALLAHER, P.C.

August 10, 2012
Page 2

MP:jek

cc via email:   Eric Proshansky, Esq. (eproshn@law.nyc.gov)
                Adam J. Rader, Esq. (areder@andersonkill.com)

cc:             Paul G. Joyce, Esq.