UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

THE CITY OF NEW YORK,

                                    Plaintiff,

                                                              Civil Action No. 12 cv 4838 (JMF)

                        -against-

ROBERT GORDON, d/b/a ALL OF OUR BUTTS; MARCIA     **NOTICE OF APPEARANCE**
GORDON; JOHN DOES 1-5, being persons who own, are
employed by or are associated with All Of Our Butts;
REGIONAL   INTEGRATED   LOGISTICS,   INC.,   d/b/a
REGIONAL PARCEL SERVICES; and JOHN DOES 6-10,
being persons who own, are employed by or are associated with
Regional Integrated Logistics, Inc. d/b/a Regional Parcel
Services,

                                    Defendants.

----------------------------------------------------------------------- x

            **PLEASE TAKE NOTICE** that Eric Proshansky, Assistant Corporation Counsel, hereby

appears as counsel of record for defendant, The City of New York, in the above-captioned action.  The

undersigned requests that his name be added to the mailing list maintained by the Clerk in the within case

and that all notices given or required to be given be served upon him via the ECF system.


Dated:          New York, New York
                August 29, 2012


                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                       City of New York
                                    Attorney for Defendant City of New York
                                    100 Church Street, Rm 20-99
                                    New York, New York 10007
                                    (212) 788-1324
                                    eproshan@law.nyc.gov

                                    By:  _____s/_____
                                           Eric Proshansky (EP 1777)