UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THE CITY OF NEW YORK,

                              Plaintiff,

                Civil Action No. 12 cv 4838 (JMF)

           -against-

ROBERT GORDON, d/b/a ALL OF OUR BUTTS; MARCIA GORDON; JOHN DOES 1-5, being persons who own, are employed by or are associated with All Of Our Butts; REGIONAL INTEGRATED LOGISTICS, INC., d/b/a REGIONAL PARCEL SERVICES; and JOHN DOES 6-10, being persons who own, are employed by or are associated with Regional Integrated Logistics, Inc. d/b/a Regional Parcel Services,

**NOTICE OF APPEARANCE**

                              Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that Aaron Bloom, Assistant Corporation Counsel, hereby appears as counsel of record for plaintiff, The City of New York, in the above-captioned action. The undersigned requests that his name be added to the mailing list maintained by the Clerk in the within case and that all notices given or required to be given be served upon him via the ECF system.

Dated:       New York, New York
                August 29, 2012

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the
                                 City of New York
                              Attorney for Defendant City of New York
                              100 Church Street, Rm 20-84
                              New York, New York 10007
                              (212) 788-0969
                              abloom@law.nyc.gov

                              By: _____s/_____
                                  Aaron Bloom (AB 1977)