# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| The City of New York | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  12-cv-04838-JMF |
| Robert Gordon dba All of Our Butts; Marcia Gordon | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Robert Gordon, Marcia Gordon, All of Our Butts, John Does 1-5

Date:   08/30/2012

s/ Kerry A Sheehan
*Attorney's signature*

Kerry A Sheehan
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

*Address*

ksheehan@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*