```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CITY OF NEW YORK,

                      Plaintiff,

      -v-

ROBERT GORDON, ET AL.,

                      Defendants.
------------------------------------------------------------X

12 Civ. 4838 (JMF)

REVISED
SCHEDULING ORDER

JESSE M. FURMAN, United States District Judge:

    IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for **September 13, 2012** at **2:30 pm**, is RESCHEDULED for **September 12, 2012** at **3:00 pm**.

    SO ORDERED.

Dated: September 6, 2012
       New York, New York

_____
JESSE M. FURMAN
United States District Judge