UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
THE CITY OF NEW YORK,

                                Plaintiff,

                        Civil Action No. 12 cv 4838

    -against-

ROBERT GORDON, d/b/a ALL OF OUR BUTTS;
MARCIA GORDON; JOHN DOES 1-5, being persons    **RULE 7.1 STATEMENT**
who own, are employed by or are associated with ALL OF
OUR BUTTS; REGIONAL INTEGRATED LOGISTICS,
INC., d/b/a REGIONAL PARCEL SERVICES; and JOHN
DOES 6-10, being persons who own, are employed by or
are associated with Regional Integrated Logistics, Inc. d/b/a
Regional Parcel Services,

                              Defendants.
---------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Robert Gordon, d/b/a All Of Our Butts** and **Marcia Gordon** (both private non-governmental parties) certify that there are no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

Dated: New York, New York
       September 7, 2012

                                              ANDERSON KILL & OLICK, P.C.
                                              1251 Avenue of the Americas
                                              New York, New York 10020
                                              (212) 278-1000

                                 By:    /s/ Adam J. Rader_____
                                           Michael A. Lacher.
                                           Adam Rader
                                           Attorneys for Defendants Robert Gordon,
                                           d/b/a All Of Our Butts and Marcia Gordon

nydocs1-993356.1