# EXHIBIT C

# SENECA NATION OF INDIANS BUSINESS LICENSE

*This permit certifies that*

*Robert Gordon*

*Has completed all necessary application procedures and is approved to operate as a*

*Cigarette Retailer*

**"All of Our Butts Sports-N-More"**
P.O. Box 188
Salamanca, NY 14779

*The named business, having complied with the Seneca Nation's Licensing Ordinance of 2003 is hereby authorized to engage in, or transact business within the jurisdiction of the Seneca Nation of Indians. This may be revoked or withdrawn for violation of, or failure to comply with, any provisions of the above named law(s). This License is non-transferable. If the business changes hands or is discontinued for any reason, this License is null and void for any purpose.*

_____  01-21-08
Signature   SNI Clerk              Date

01/21/2009
Expiration Date

(Seal)