UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK,

       *Plaintiff,*

  -against-        **Civil Action No.** 12 cv 4838 (JMF)

ROBERT GORDON, *et al.*,

       *Defendants.*

  **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint and upon all the pleadings and proceedings herein, Defendants Regional Integrated Logistics, Inc., d/b/a Regional Parcel Services and John Does 6-10 (collectively "RIL Defendants") will move this Court before the Honorable Jesse M. Furman, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (i) granting the RIL Defendants' motion to dismiss the Complaint; and (ii) granting such other relief as the Court may deem just and proper. Unless otherwise ordered by the Court, any opposing affidavits and answering memoranda should be served pursuant to Local Rule 6.1(b).

  The RIL Defendants have complied with the requirements of paragraph 3(B)(i) of Judge Furman's Individual Rules and Practices in Civil Cases.

| | | | |
|---|---|---|---|
| **DATED:** | September 7, 2012<br>Buffalo, New York | | **COLUCCI & GALLAHER, P.C.** |
| | | By: | /s/ Marybeth Priore <br>―――――――――――――――<br>Paul G. Joyce<br>Marybeth Priore<br>*Attorneys for Defendants*<br>*Regional Integrated Logistics, Inc.,*<br>*d/b/a Regional Parcel Services and John*<br>*Does 6-10*<br>2000 Liberty Building<br>424 Main Street<br>Buffalo, New York  14202<br>Telephone:  (716) 853-4080 |

TO: MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Eric Proshansky, Esq.
Aaron Bloom, Esq.
*Attorneys for Plaintiff*
*City of New York*
100 Church Street, Room 20-99
New York, New York  10007
Telephone:  (212) 788-1324

ANDERSON KILL & OLICK, P.C.
Michael A. Lacher, Esq.
Adam Rader, Esq.
*Attorneys for Defendants*
*Robert Gordon d/b/a All of Our Butts,*
*Marcia Gordon and John Does 1-5*
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 278-1000 (Main)

2