UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE CITY OF NEW YORK,

          *Plaintiff,*

-against-

ROBERT GORDON, *et al.*

          *Defendants.*

**RULE 7.1 STATEMENT**

**Civil Action No.** 12 cv 4838 (JMF)

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Regional Integrated Logistics, Inc., d/b/a Regional Parcel Services (a private non-governmental entity) certify that Regional Integrated Logistics, Inc. is privately held, and there are no corporate parents of Regional Integrated Logistics, Inc. that are publicly held.

**DATED:** September 12, 2012
          Buffalo, New York

**COLUCCI & GALLAHER, P.C.**

By:   /s/ Marybeth Priore
       Paul G. Joyce
       Marybeth Priore
       *Attorneys for Defendant*
       *Regional Integrated Logistics, Inc., d/b/a*
       *Regional Parcel Services*
       2000 Liberty Building
       424 Main Street
       Buffalo, New York  14202
       Telephone:  (716) 853-4080

TO: CITY OF NEW YORK
Eric Proshansky, Esq.
*Attorneys for Plaintiff*
*City of New York*
Michael A. Cardozo
Corporation Counsel
City of New York
100 Church Street, Room 20-99
New York, New York  10007
Telephone:  (212) 788-1324

ANDERSON KILL & OLICK, P.C.
Michael A. Lacher, Esq.
Adam Rader, Esq.
*Attorneys for Defendant*
*Robert Gordon, d/b/a All of Our Butts*
*and Marcia Gordon*
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 278-1000