UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

THE CITY OF NEW YORK,

                            Plaintiff,

            -against-

ROBERT GORDON, d/b/a ALL OF OUR BUTTS;
MARCIA GORDON; JOHN DOES 1-5, being persons
who own, are employed by or are associated with All
Of Our Butts; REGIONAL INTEGRATED
LOGISTICS, INC., d/b/a REGIONAL PARCEL
SERVICES; and JOHN DOES 6-10, being persons who
own, are employed by or are associated with Regional
Integrated Logistics, Inc. d/b/a Regional Parcel
Services,

                            Defendants.

-------------------------------------------------------------------- x

Civil Action No. 12 cv 4838 (JMF)

**NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION**

       **PLEASE TAKE NOTICE** that, on a date specified by the Court, Plaintiff The City of New York (the "City") hereby will move the Court for entry of a preliminary injunction pursuant to Fed. R. Civ. P. Rule 65(a) preliminarily enjoining defendants Robert Gordon, d/b/a All Of Our Butts, Marcia Gordon; John Does 1-5, Regional Integrated Logistics, Inc., d/b/a Regional Parcel Services and John Does 6-10 from violating the Jenkins Act, 15 U.S.C. § 375 *et seq.*, as amended by the Prevent All Cigarette Trafficking Act of 2010, the Contraband Cigarette Trafficking Act, 18 U.S.C. § 2341 *et seq.*, and the New York State Cigarette Marketing Standards Act, N.Y. Tax L. § 483 *et seq.*, and for such other and further relief as the Court deems proper.

Dated: New York, New York
September 28, 2012

                        MICHAEL A. CARDOZO
                        Corporation Counsel of the
                         City of New York
                        *Attorney for Plaintiff the*
                         *City of New York*
                        100 Church Street, Rm 20-99
                        New York, New York 10007
                        (212) 788-1324

                     By: _____
                            Eric Proshansky
                            Aaron Bloom
                            Assistant Corporation Counsels