AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| City of New York )<br>*Plaintiff* )<br>v. )<br>Robert Gordon dba All of Our Butts; Marcia Gordon )<br>*Defendant* ) | Case No.   12-cv-4838 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Gordon dba All of Our Butts and Marcia Gordon

Date:     10/12/2012

s/ Kerry A. Sheehan
*Attorney's signature*

Kerry A. Sheehan
*Printed name and bar number*

Anderson Kill & Olick, P. C.
1251 Avenue of the Americas
New York, NY 10020

*Address*

ksheehand@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*