UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK,

                *Plaintiff,*

      -against-              **Civil Action No.** 12 cv 4838 (JMF)

ROBERT GORDON, *et al.*,

                *Defendants.*

      **PLEASE TAKE NOTICE** that Defendant Regional Integrated Logistics, Inc., d/b/a Regional Parcel Services (hereinafter "RIL") will move this Court before the Honorable Jesse M. Furman, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on February 14, 2013 (if a hearing is required) for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (i) granting the RIL's motion to dismiss the Amended Complaint; and (ii) granting such other relief as the Court may deem just and proper. Pursuant to the Court's order of October 12, 2012, any opposing papers should be served by December 21, 2012.

      RIL has complied with the requirements of paragraph 3(B)(i) of Judge Furman's Individual Rules and Practices in Civil Cases.

**DATED:** November 30, 2012  **COLUCCI & GALLAHER, P.C.**
Buffalo, New York

By: /s/ Paul G. Joyce
Paul G. Joyce
Marybeth Priore
*Attorneys for Defendants*
*Regional Integrated Logistics, Inc.,*
*d/b/a Regional Parcel Services and John*
*Does 6-10*
2000 Liberty Building
424 Main Street
Buffalo, New York  14202
Telephone:  (716) 853-4080

TO: MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Eric Proshansky, Esq.
Aaron Bloom, Esq.
*Attorneys for Plaintiff*
*City of New York*
100 Church Street, Room 20-99
New York, New York  10007
Telephone:  (212) 788-1324

ANDERSON KILL & OLICK, P.C.
Michael A. Lacher, Esq.
Adam Rader, Esq.
*Attorneys for Defendants*
*Robert Gordon d/b/a All of Our Butts,*
*Marcia Gordon and John Does 1-5*
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 278-1000 (Main)