UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK,

              *Plaintiff*,

-against-

ROBERT GORDON, *et al*.

              *Defendants*.

**AFFIDAVIT OF PAUL G. JOYCE**

**Civil Action No.** 12 cv 4838 (JMF)

Paul G. Joyce, being duly sworn, deposes and says:

1. I am an attorney at law duly admitted to practice before this Court and am a member of the law firm of Colucci & Gallaher, P.C., attorneys for the defendant Regional Integrated Logistics, Inc., d/b/a Regional Parcel Services (hereinafter "RIL"). In this capacity, I am familiar with the facts and circumstances underlying this litigation.

2. This affidavit is made in support of RIL's opposition to the plaintiff's application for preliminary relief and in support of RIL's motion to dismiss plaintiffs' Amended Complaint, Docket No. 32.

3. Attached as **Exhibit A** is RIL's response to plaintiff's First Set of Requests for Admission.

4. Attached as **Exhibit B** is RIL's response to plaintiff's First Set of Interrogatories.

5. Attached as **Exhibit C** is RIL's supplemental response to plaintiff's First Set of Interrogatories.

6. Attached as **Exhibit D** is plaintiff's response to RIL's First Set of Interrogatories.

7. Attached as **Exhibit E** is plaintiff's supplemental response to RIL's First Set of Interrogatories.

        /s/ Paul G. Joyce
        Paul G. Joyce

Sworn to before me this 30th day of November, 2012.

/s/ Jessica Kinsey
        Notary Public
Notary Public, State of New York
Qualified in Erie County
My Commission Expires on
11/23/13