UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE CITY OF NEW YORK,

                *Plaintiff,*          **CERTIFICATE OF SERVICE**

    -against-

ROBERT GORDON, *et al*.          **Civil Action No.** 12 cv 4838 (JMF)

               *Defendants.*

---

    I hereby certify that on November 30, 2012, I electronically filed the foregoing Notice of Motion and supporting Memorandum of Law, Affidavit of Michael J. Hale and Affidavit of Paul G. Joyce (with attached exhibits) with the Clerk of the District Court using its CM/ECF system which would then electronically notify the following CM/ECF participants in this case:

| | |
|---|---|
| MICHAEL A. CARDOZO | ANDERSON KILL & OLICK, P.C. |
| Corporation Counsel of the | Michael A. Lacher, Esq. |
| City of New York | Adam Rader, Esq. |
| Eric Proshansky, Esq. | *Attorneys for Defendants* |
| Aaron Bloom, Esq. | *Robert Gordon d/b/a All of Our Butts,* |
| *Attorneys for Plaintiff* | *Marcia Gordon and John Does 1-5* |
| City of New York | 1251 Avenue of the Americas |
| 100 Church Street, Room 20-99 | New York, New York  10020 |
| New York, New York  10007 | Telephone:  (212) 278-1000 |
| Telephone:  (212) 788-1324 | |

**DATED:**   November 30, 2012          **COLUCCI & GALLAHER, P.C.**
                Buffalo, New York

                                              By:   /s/ Paul G. Joyce
                                                      Paul G. Joyce
                                                      Marybeth Priore
                                                      *Attorneys for Defendants*
                                                      *Regional Integrated Logistics, Inc.,*
                                                      *d/b/a Regional Parcel Services and John*
                                                      *Does 6-10*
                                                      2000 Liberty Building
                                                      424 Main Street
                                                      Buffalo, New York  14202
                                                      Telephone:  (716) 853-4080