# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/12
```

Adam J. Rader, Esq.
Arader@andersonkill.com
212-278-1016

*By E-Mail*

December 4, 2012

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov

Re:   City of New York v. Robert Gordon, d/b/a All Of Our Butts et al.
      12-CV-4838

Dear Judge Furman:

We represent Robert Gordon, d/b/a All Of Our Butts and Marcia Gordon (the "Gordon Defendants") in the above-referenced matter. A telephone conference has been scheduled for tomorrow (December 5, 2012) at 10 a.m. to discuss discovery issues that had arisen in the case.

After receiving the Gordon Defendants' Amended Response To Plaintiff's First Set Of Interrogatories earlier today, counsel for the City, Eric Proshansky, Esq., advised us that he agrees that the discovery issues have been resolved and that a telephone conference with Your Honor is no longer necessary. Accordingly, the parties consent to cancelling tomorrow's telephone conference, subject to the Court's approval.

If Your Honor approves of the proposed cancellation of tomorrow's telephone conference, please "So Order" this letter below.

Respectfully submitted,
Anderson Kill & Olick, P.C.

By: _____
Adam J. Rader (AR-3530)

SO ORDERED:

_____
Hon. Jesse M. Furman        12/4/12

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Stamford, CT ■ Ventura, CA ■ Washington, DC

nydocs1-996595.2

**Anderson Kill & Olick, P.C.**

December 4, 2012
Page 2

cc: Michael A. Cardozo, Corporation Counsel of the City of New York
(Attn: Eric Proshansky, Assistant Corporation Counsel – eproshan@law.nyc.gov)

Paul G. Joyce, Esq. (Colucci & Gallaher, P.C.)