UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE CITY OF NEW YORK,

           *Plaintiff,*

-against-

ROBERT GORDON, *et al.*

           *Defendants.*

**CERTIFICATE OF SERVICE**

**Civil Action No.** 12 cv 4838 (JMF)

---

    I hereby certify that on January 4, 2013, I electronically filed the foregoing Reply Memorandum of Law with the Clerk of the District Court using its CM/ECF system which would then electronically notify the following CM/ECF participants in this case:

| | |
|---|---|
| MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>Eric Proshansky, Esq.<br>Aaron Bloom, Esq.<br>*Attorneys for Plaintiff*<br>*City of New York*<br>100 Church Street, Room 20-99<br>New York, New York  10007<br>Telephone:  (212) 788-1324 | ANDERSON KILL & OLICK, P.C.<br>Michael A. Lacher, Esq.<br>Adam Rader, Esq.<br>*Attorneys for Defendants*<br>*Robert Gordon d/b/a All of Our Butts,*<br>*Marcia Gordon and John Does 1-5*<br>1251 Avenue of the Americas<br>New York, New York  10020<br>Telephone:  (212) 278-1000 |

**DATED:**    January 4, 2013
                Buffalo, New York

**COLUCCI & GALLAHER, P.C.**

By:   /s/ Paul G. Joyce
       Paul G. Joyce
       Marybeth Priore
       *Attorneys for Defendants*
       *Regional Integrated Logistics, Inc.,*
       *d/b/a Regional Parcel Services and John*
       *Does 6-10*
       2000 Liberty Building
       424 Main Street
       Buffalo, New York  14202
       Telephone:  (716) 853-4080