UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x

THE CITY OF NEW YORK,

                            Plaintiff,

                -against-

ROBERT GORDON, d/b/a ALL OF OUR BUTTS;
MARCIA GORDON; JOHN DOES 1-5, being persons
who own, are employed by or are associated with ALL OF
OUR BUTTS; REGIONAL INTEGRATED LOGISTICS,
INC., d/b/a REGIONAL PARCEL SERVICES; and JOHN
DOES 6-10, being persons who own, are employed by or
are associated with Regional Integrated Logistics, Inc. d/b/a
Regional Parcel Services,

                          Defendants.

----------------------------------------------------------------------------X

Civil Action No. 12 cv 4838

**DECLARATION OF**
**ADAM J. RADER**

      Adam J. Rader affirms as follows:

      1.    I am a member of the firm Anderson Kill & Olick, P.C., attorneys for the Defendants Robert Gordon, d/b/a All Of Our Butts and Marcia Gordon (hereinafter "Gordon Defendants"). I am fully familiar with the facts and circumstances of this matter and submit this Declaration in support of the Gordon Defendants' Motion To Dismiss The Amended Complaint And In Opposition To Plaintiff's Motion For A Preliminary Injunction.

      2.    Attached hereto as **Exhibit A** is a true and correct copy of the Amicus Brief of New York City submitted to the Circuit Court of Appeals for the District of Columbia in Gordon v. Holder, Nos. 12-5031 and 12-5051, dated June 11, 2011

      3.    Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Eric Proshansky submitted in support of the Amicus Brief of New York City submitted to the Circuit Court of Appeals for the District of Columbia in Gordon v. Holder, Nos. 12-5031 and 12-5051, dated June 11, 2012.

      4.    Attached hereto as **Exhibit C** is a true and correct copy of the All Of Our Butts Business License issued by the Seneca Nation of Indians.

      5.    Attached hereto as **Exhibit D** is a true and correct copy of relevant portions of the Trial Transcript in U.S. v. Morrison, No. 04-CR-699, dated March 31, 2008.

      6.    Attached hereto as **Exhibit E** is a true and correct copy of the Gordon Defendants' Amended Response to Plaintiff's First Set of Requests For Admission, dated November 29, 2012.

7.    Attached hereto as **Exhibit F** is a true and correct copy of relevant portions of the Transcript of Oral Argument before the Supreme Court in <u>Hemi Group, LLC v. City of New York</u>, No. 08-969, dated November 3, 2009.

I declare under the penalties of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Adam J. Rader_____
Adam J. Rader (AR 3530)

Dated:        New York, New York
              November 30, 2012

**Sheehan, Kerry A.**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Monday, December 03, 2012 3:41 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:12-cv-04838-JMF The City of New York v. Gordon et al Declaration in Support of Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Sheehan, Kerry on 12/3/2012 at 3:40 PM EST and filed on 12/3/2012
**Case Name:**        The City of New York v. Gordon et al
**Case Number:**      1:12-cv-04838-JMF
**Filer:**                 Robert Gordon
                          Marcia Gordon
**Document Number:** 47

**Docket Text:**
**DECLARATION of Adam J. Rader in Support re: [42] MOTION to Dismiss.. Document filed by Marcia Gordon, Robert Gordon. (Attachments: # (1) Exhibit A., # (2) Exhibit B., # (3) Exhibit C., # (4) Exhibit D.)(Sheehan, Kerry)**

**1:12-cv-04838-JMF Notice has been electronically mailed to:**

Aaron Michael Bloom      abloom@law.nyc.gov

Adam J Rader      arader@andersonkill.com

Eric Proshansky      eproshan@law.nyc.gov

Kerry Ann Sheehan      ksheehan@andersonkill.com

Marybeth Priore      mpriore@colucci-gallaher.com, burban@colucci-gallaher.com, jkinsey@colucci-gallaher.com, pjoyce@colucci-gallaher.com

Michael A Lacher      mlacher@andersonkill.com, dflynn@andersonkill.com

Paul G. Joyce      pjoyce@colucci-gallaher.com

**1:12-cv-04838-JMF Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/3/2012] [FileNumber=10787203-0] [4fb0d296fd1785c297de7bf755d051e995653af1326772d635183c02c3bdfd9c13652cc7362b85fce8266870a3198c9ee45e1bb0e77ceb50d6791d0bfc2fae9c]]
**Document description:**Exhibit A.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/3/2012] [FileNumber=10787203-1] [38287dbe0edf4df8044dc754fcee769c47ea9f9823963ea9b86a2c5d0f66f2d4b33df38ed3dba205fff81f8e25d3cfd9fe13ad2b1e7c057217d396e436f75908]]
**Document description:**Exhibit B.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/3/2012] [FileNumber=10787203-2] [26834ddf0c39333ccf31dce942d51bf57333119ed22d9f21fde0d3da8244d8a1d4f6ecddfdc6f6f941f9d935859ab88340a13ccece35168024238e18a6caf5f5]]
**Document description:**Exhibit C.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/3/2012] [FileNumber=10787203-3] [6c4eef879ad97ed4b0d2412703e4d1f7a75d10c2f0269cdf62211981dddae2037ec731434c8025837f1d122a9dd9471402a7e184068fb4145d38892d08187dc6]]
**Document description:**Exhibit D.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/3/2012] [FileNumber=10787203-4] [782b9b17c9a2484d86779a71390545753d4e0f0e2080168ab6cbfe353cdd78ca395767d8c80680363e6f71121ed37f22a9d810b9488662a4878fe5f849e8ad01]]