UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE CITY OF NEW YORK,

                Plaintiff,

      -v-

ROBERT GORDON, ET AL.,

                Defendants.
------------------------------------------------------------------X

12 Civ. 4838 (JMF)

SCHEDULING ORDER

JESSE M. FURMAN, United States District Judge:

      As discussed during the telephone conference held earlier today, unless and until the Court orders otherwise, the Court will hold oral argument with respect to the pending motions, rather than a hearing, on **February 14, 2013**, at **2:30 p.m.** in **Courtroom 1105** in the **Thurgood Marshall Courthouse, 40 Centre Street, New York, NY, 10007.**

      SO ORDERED.

Dated: January 17, 2013
       New York, New York

                                                JESSE M. FURMAN
                                              United States District Judge