UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE CITY OF NEW YORK,

                                    Plaintiff,

                           Civil Action No. 12 cv 4838

      -against-

ROBERT GORDON, d/b/a ALL OF OUR BUTTS;
MARCIA GORDON; JOHN DOES 1-5, being persons   **NOTICE OF MOTION**
who own, are employed by or are associated with ALL OF   **TO WITHDRAW AS COUNSEL**
OUR BUTTS; REGIONAL INTEGRATED LOGISTICS,   **AND STAY PROCEEDINGS**
INC., d/b/a REGIONAL PARCEL SERVICES; and JOHN
DOES 6-10, being persons who own, are employed by or
are associated with Regional Integrated Logistics, Inc. d/b/a
Regional Parcel Services,

                                  Defendants.
-------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the annexed Declaration of Adam J. Rader, Esq., in Support of Motion to Withdraw as Counsel and to Stay Proceedings, dated March 20, 2013, Anderson Kill and Olick, P.C. hereby moves, pursuant to Rule 1.4 of the Local Rules of Practice for the United States District Court for the Southern District of New York, before the Honorable Jesse M. Furman, United States District Judge, in the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 6A, New York, New York 10007, on April 22, 2013, or as soon thereafter as counsel can be heard, for leave to withdraw its appearance in this matter as counsel for Defendants Robert Gordon, d/b/a All of Our Butts and Marcia Gordon and for a thirty-day stay of all proceedings to allow Defendants time to retain substitute counsel.

Dated: New York, New York
       March 20, 2013

nydocs1-1005805.1

                        ANDERSON KILL & OLICK, P.C.
                        1251 Avenue of the Americas
                        New York, New York 10020
                        (212) 278-1000

By: _____
      Michael A. Lacher. (ML 8229)
      Adam J. Rader (AR 3530)
      Attorneys for Defendants Robert Gordon,
      d/b/a All Of Our Butts and Marcia Gordon