## DECLARATION OF SERVICE

Adam J. Rader, an attorney duly admitted before this Court, declares pursuant to 28 U.S.C. § 1746 as follows:

On March 20, 2013, a copy of the foregoing Notice of Motion and Declaration of Adam J Rader was served by Federal Express on each of the following persons:

>Robert A. Gordon d/b/a All of Our Butts
>719 Broad Street
>Salamanca, NY 14779

>Marcia Gordon
>719 Broad Street
>Salamanca, NY 14779

Dated: New York, New York
       March 20, 2013

_____
Adam J. Rader (AR 3530)