```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE CITY OF NEW YORK,

                Plaintiff,

      -v-

ROBERT GORDON, ET AL.,

                Defendants.
------------------------------------------------------------------X

12 Civ. 4838 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

    It is hereby ORDERED that the parties appear for a telephone conference with the Court on **March 25, 2013** at **11:30am** to discuss counsel's motion to withdraw and the impact, if any, of the closure of All Of Our Butts on the motions now pending before the Court. At that time, plaintiff's counsel shall call the Court, with all defense counsel on the line, at (212) 805-0282.

    SO ORDERED.

Dated: March 22, 2013
          New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge