```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CITY OF NEW YORK,              :
                                   :
                Plaintiff,         :
                                   :    12 Civ. 4838 (JMF)
        -v-                        :
                                   :         ORDER
                                   :
ROBERT GORDON, ET AL.,             :
                                   :
                Defendants.        :
                                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Mar 25, 2013

JESSE M. FURMAN, United States District Judge:

The motion of Anderson, Kill and Olick, P.C. to withdraw as counsel for Defendants Robert Gordon d/b/a All Of Our Butts and Marcia Gordon (together, "the Gordon Defendants") is GRANTED.

It is further ORDERED that discovery with respect to the Gordon Defendants shall be stayed for thirty days to allow them time to retain substitute counsel. No stay shall be instituted with respect to Defendant Regional Integrated Logistics, Inc. d/b/a Regional Parcel Services.

Finally, if the Gordon Defendants do not retain substitute counsel within the next thirty days, they will be treated as proceeding pro se. If they do retain substitute counsel, counsel shall immediately file an notice of appearance.

Anderson, Kill, and Olick, P.C. shall serve a copy of this Order on the Gordon Defendants no later than March 29, 2013. **The Clerk of Court is directed to terminate Docket No. 60.**

SO ORDERED.

Dated: March 25, 2013
       New York, New York

_____
JESSE M. FURMAN
United States District Judge