UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
THE CITY OF NEW YORK,

                                      Plaintiff,        12 Civ. 4838 (JMF)

                                                                   **CERTIFICATE OF SERVICE**

       -against-

ROBERT GORDON, d/b/a ALL OF OUR BUTTS;
MARCIA GORDON; JOHN DOES 1-5, being persons
who own, are employed by or are associated with ALL OF
OUR BUTTS; REGIONAL INTEGRATED LOGISTICS,
INC., d/b/a REGIONAL PARCEL SERVICES; and JOHN
DOES 6-10, being persons who own, are employed by or
are associated with Regional Integrated Logistics, Inc. d/b/a
Regional Parcel Services,

                                        Defendants.
-------------------------------------------------------------------

       The undersigned hereby certifies that a true and correct copy of the Order dated March 25, 2013 (Docket Entry No. 65 in the above-referenced action) has been served this 26th day of March, 2013 by causing a copy of said Order to be sent by Federal Express to each of the following persons at the addresses indicated below:

       Robert Gordon d/b/a All of Our Butts
       719 Broad Street
       Salamanca, NY 14799

       Marcia Gordon
       719 Broad Street
       Salamanca, NY 14799

                                                               _____
                                                                     Adam J. Rader