

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2013

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

Eric Proshansky
Assistant Corporation Counsel
Phone: (212) 356-2032
Fax: (212) 356-2038
eproshan@law.nyc.gov

May 1, 2013

**By e-mail: Furman_NYSDChambers@nysd.uscourts.gov**
The Honorable Jesse M. Furman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re: *The City of New York v. Gordon, et al.*, 12 cv 4838 (JMF)

Dear Judge Furman:

  We represent plaintiff the City of New York (the "City") in this action alleging the sale and transport of unstamped cigarettes into New York City. We write briefly to apprise the Court of ongoing activity relevant to the City's request for injunctive relief.

  The suggestion has been raised in this action that the purported cessation of sales of unstamped cigarettes by the Gordon defendants and All Of Our Butts has diminished the urgency of the relief sought by the City. Preliminary third-party discovery has now revealed that literally tons of cigarettes continue to be delivered into the City by defendant Regional Integrated Logistics, Inc. ("RIL"). In response to discovery, RIL provided the names of intermediate shipping companies to which RIL transferred cigarettes picked up from the Gordons, and presumably from the other Salamanca, NY sellers of unstamped cigarettes that RIL admits servicing. Documents produced by those intermediate shippers establish that RIL is engaged in on-going shipments of cigarettes – almost certainly unstamped cigarettes – to City residents.

  Attached hereto as Exhibit 1 is an invoice and bill of lading from Con-way Freight, reporting a shipment date of April 12, 2013, for 1131 lbs. of "cigarettes" that RIL shipped to Lasership in New York City. Attached hereto as Exhibit 2 is an invoice from Lasership, produced in response to a subpoena for documents related to Lasership package deliveries within the City of New York of shipments received by Lasership from Regional Integrated Logistics. The invoice shows Lasership's delivery of numerous small packages to residential addresses in the City between April 15-19, 2013. Some of those deliveries are designated as "RPS," the package delivery arm of RIL, which the Gordons advertised as handling delivery of cigarettes purchased from defendant All Of Our Butts. The controlled buy by a City investigator from All

Hon. Jesse M. Furman
5/1/2013

Of Our Butts was delivered by Lasership. The complete documentation produced by Con-way, Lasership and another freight forwarder, New England Motor Freight, show weekly deliveries over the past two years.

Although we recognize that some inference is required, even the modest discovery accomplished to date presents strong evidence that RIL is now engaged in the continuous delivery of thousands of cartons of contraband cigarettes into the City. To be clear, the City does not ask the Court to consider this evidence in support of the City's motion for a preliminary injunction. Rather, the City is bringing these facts to the Court's attention to counter any implication that the City's motion has lost its urgency due to the purported closing of All Of Our Butts.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Eric Proshansky
Aaron Bloom
Assistant Corporation Counsel



**CNWY**  DUNS# 16-840-6437 FED TAX ID# 94-2904084

**Mailing Address**
REGIONAL INTEGRATED LOGISTICS
JOE GARBARINO 2321 KENMORE AVE
BUFFALO, NY US 14207

# Invoice   614-122390

Page 11 of 16

| | |
|---|---|
| Account Number | REGPIXBO000 |
| Carrier SCAC | CNWY |
| Shipment Date | 04/12/2013 |
| Shipment Terms | Prepaid |

**Total Due**   US   **$291.11**
by   04/27/2013

| Shipper | Consignee | Reference Number |
|---|---|---|
| REGIONAL INTEGRATED LOGISTICS<br>JOE GARBARINO 2321 KENMORE AVE<br>BUFFALO, NY 14207<br>REGPIXBO000 | LASERSHIP<br>MATT LUBRANO 237 W 29TH STREET<br>NEW YORK, NY 10001<br>LASWGXJY000 | |

| Pieces | Description of Article and Marks | Weight(lbs) | Rate | Charges |
|---|---|---|---|---|
| 216 | PCS CIGARETTES  47770 CLASS 85 | 1,131 | 98.23 | $1,110.98 |
| | CON-WAY DISCOUNT SAVES YOU | | | -$899.89 |
| | DNC DEST NOTIFICATION | | | $15.00 |
| | FSC FUEL SURCHARGE 30.80% | | | $65.02 |
| 216 | **TOTAL** | 1131 | **Total Charges** | **$291.11** |

SCHEDULE DELIVERY 212-594-5009 3 PALLETS.******LM

---

# Contacting Con-way

### Customer Service
| | |
|---|---|
| On the Web | www.con-way.com |
| E-mail | info@con-way.com |
| Phone | 800-755-2728 |
| Fax | 888-890-3874 |

Past due balances are subject to a late penalty charge as referenced in tariff 199

**Con-way**

**CNWY**  DUNS# 16-840-6437   FED TAX ID# 94-2904084
Send payment to:

**Con-way Freight**
P.O. Box 5160
Portland, OR 97208-5160

### Correspondence
| | |
|---|---|
| Regular Mail | P. O. Box 982020<br>N Richland Hills TX 76182-8020 |
| Overnight Mail | 9151 BLVD 26, Suite 100<br>N Richland Hills TX 76180-6005 |
| Payments | Con-way Freight<br>P.O. Box 5160<br>Portland, OR 97208-5160 |

Please return this form with your payment

# Payment Form

| | | |
|---|---|---|
| Invoice Number | | 614-122390 |
| Payment Term | | Prepaid |
| **Total Due** | US | **$291.11** |
| by | 04/27/2013 | |

Exhibit 1 to City Letter
of 5/1/2013



# Con-way Freight — STRAIGHT BILL OF LADING

**DRIVER PLEASE NOTE: IF SINGLE SHIPMENT CHECK BOX BELOW** ☐

**SHIPPER PLEASE NOTE:** FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT  ☐ COLLECT

**ORIGINAL - NOT NEGOTIABLE**   Page 1 of 1

Motor — 614-122390 Con-way

Dest SIC: XJY
DATE: 04/12/13
P.O. NO.:
SHIPPER NO.:
CUSTOMER'S SPECIAL REFERENCE NUMBER:

**SHIPPER (FROM):** Regional Integrated logistics / Joe Garbarino
STREET: 2321 Kenmore Ave
CITY: Buffalo, NY 14207 (US)   TELEPHONE: (716) 876-4645

**CONSIGNEE (TO):** Lasership / Matt Lubrano
STREET: 237 W 29th Street
CITY: New York, NY 10001 (US)   TELEPHONE: (718) 274-2235

**CUSTOMS BROKER:**

**BILL TO:** Regional Integrated logistics / Joe Garbarino
STREET: 2321 Kenmore Ave
CITY: Buffalo, NY 14207 (US)   TELEPHONE: (716) 876-4645

**ACCOUNT CODE:**

☐ **G! Guaranteed**

| NUMBER SHIPPING UNITS | HM | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | NMFC NO. | CLASS OR DENSITY OF ARTICLES | WEIGHT (Subject to Correction) lb / kg |
|---|---|---|---|---|---|
| 216 |  | PCS(s) Cigarettes | 47770 | 85 | 1131 |
|  |  | Remarks: schedule delivery 212-594-5009 3 pallets |  |  |  |

**COD AMOUNT:** $ _____   ☐ U.S.   ☐ Canadian
COD Fee: ☐ Prepaid  ☐ Collect

REMIT COD TO — ADDRESS / CITY / STATE/PROVINCE / ZIP/POSTAL CODE

NOTE: Consignee's company check made payable to the Shipper will be accepted by Con-way Freight and forwarded to shipper unless otherwise directed to do so by the shipper.

Notice: Unless the Shipper completes the requirements as provided below, Carrier's liability shall be limited as stated herein and in Tariff CNWY-199, which may be obtained by request. Carrier shall in no event be liable for loss of profit, income, interest, attorney fees, or any special, incidental or consequential damages. Where the rate or NMFC classification is dependent on value, shippers are required to state specifically in writing the declared value of the property. For this purpose the declared value of the property is hereby specifically stated by the Shipper to be not exceeding $ _____. Also, paragraph number 2 on the reverse side of this Bill of Lading sets forth released value terms and conditions.

Carrier liability with shipment originating within the United States: Unless the Shipper declares excess value on the Bill of Lading below, requests excess liability coverage and pays an additional charge, Carrier's maximum liability is $25.00 per pound per individual lost or damaged piece within the shipment, subject to $150,000.00 maximum total liability per shipment, and provided further that Carrier's liability on articles other than new articles, including but not limited to used, remanufactured or refurbished articles, shall not exceed ten cents ($.10) per pound per individual lost or damaged piece within the shipment. And, provided further, that Carrier's liability on household goods and personal effects shall not exceed ten cents ($.10) per pound per individual lost or damaged piece within the shipment. For this purpose the declared value of the property is hereby specifically stated by the Shipper to be $ _____, and Shipper agrees to pay an additional charge for excess liability coverage. Total declared value may not exceed $650,000.00 per shipment.

Carrier liability with shipment originating within Canada: Unless the Shipper agrees to a Special Agreement, declares the value in the box below and agrees to pay the excess liability charge by initialing where indicated, Carrier's maximum liability is CAN$2.00 per pound (CAN$4.41 per kilogram) per individual lost or damaged piece within the shipment, subject to a maximum total liability per shipment of CAN$20,000.00, and provided further that Carrier's liability on articles other than new articles, including but not limited to used, remanufactured or refurbished articles, shall not exceed ten cents ($.10) (CAN) per pound per individual lost or damaged piece within the shipment. And, provided further, that Carrier's liability on household goods and personal effects shall not exceed ten cents ($.10) (CAN) per pound per individual lost or damaged piece within the shipment.

**SPECIAL AGREEMENT:** Declared Value: CAN $ _____ per pound. (Declared value may not exceed CAN $100,000.00 per shipment.) Shipper agrees to pay excess liability charge: _____ (Shipper's Initials)

Shipper's Certification: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipment Received: The shipment is received subject to Tariff CNWY-199, Carrier's pricing schedules, terms, conditions and rules maintained at Carrier's general offices in effect on the date of issue of this Bill of Lading, as well as the National Motor Freight Classifications (NMFC), the Hazardous Materials Transportation Regulations (Title 49 — CFR, Subtitle B, Chapter 1, Sub Chapter A-C), and the Household Goods Mileage Guide (HHGB 105 Series), for shipments originating in the United States; and the Canadian Motor Vehicle Transport Act, the Transportation of Dangerous Goods Act, and the regulations in force in the provincial jurisdiction at the time and place of the shipment for shipments originating in Canada. The property described on this Bill of Lading is in apparent good order, but only to the extent that it is unconcealed and visible without further inspection and except as noted or marked. The property is consigned and destined as indicated above. The word Carrier is defined throughout this contract as meaning any person or corporation in possession of the property under this contract. Carrier agrees to carry the property to its destination, if on its route, otherwise to deliver to another Carrier on the route to said destination. In the event no markings are indicated on the Bill of Lading stating the shipment is to be billed as PPD or COL, all shipments will be billed as PPD. It is mutually agreed as to each Carrier of all or any of said property, over all or any portion of said route to the destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of this Bill of Lading's terms and conditions in effect on the date of shipment, including, but not limited to, the "Terms and Conditions" listed on the back side of this Bill of Lading.

**SHIPPER:** Regional Integrated logistics   AUTHORIZED SIGNATURE: _____

**CARRIER:** ☐ CON-WAY FREIGHT INC.   ☐ CON-WAY FREIGHT-CANADA INC.   4-12-13
AUTHORIZED SIGNATURE: MJ Flynn  Con-Way   DATE: 3 PLTS
NUMBER OF UNITS RECEIVED

04032-Q0 (1/13) Printed in USA   (CNWY)

 | **INVOICE**
**Balance Due Upon Receipt**

Billing Period: 4/13/2013 - 4/19/2013

*Fed ID#54-2015092*

| ACCOUNT | INVOICE NO. | INVOICE DATE | CURRENT CHARGES |
|---|---|---|---|
| 1010724 | 1310107240419 | Apr19 13 | $782.72 |

Attn: MATT LUBRANO
GMV EXPRESS INC.
PO Box 555 Midtown Station

NEW YORK NY 10018

Mail Payment To:

LASERSHIP, INC.
PO BOX 406420
ATLANTA, GA 30384-6420

Account Payment Questions: 703-761-9030 x8807
Pricing & Customer Service Questions: 1-800-527-3764

**INVOICE SUMMARY**

Current Invoice                $782.72

### Go LaserShip, Go Green

Announcing LaserShip **e-Billing**

The easiest way to receive, review,
and pay your LaserShip invoice.

Go to **LaserShip.com**
to sign up for **e-Billing**.


Please return bottom portion with your payment

---

**LASERSHIP, INC.**

**BALANCE DUE
UPON RECEIPT**

| ACCOUNT | INVOICE NO. | INVOICE DATE | CURRENT CHARGES |
|---|---|---|---|
| 1010724 | 1310107240419 | Apr19 13 | $782.72 |

Please make checks payable to:

AMOUNT ENCLOSED $ _____

LASERSHIP, INC.
PO BOX 406420
ATLANTA, GA 30384-6420

**Exhibit 2 to City Letter
of 5/1/2013**

**LASERSHIP**

**DETAIL OF DELIVERIES**

GMV EXPRESS INC.

Acount Number: 1010724

Billing Period: 4/13/2013 - 4/19/2013

| Date | Ordered By | Reference | From | To | POD | Charges | |
|---|---|---|---|---|---|---|---|
| 101672052537<br>4/15/2013 | | 705800 | LaserShip NY<br>239 W 29TH ST GROUND FL<br>NEW YORK NY 10001<br>705800 | JACQUELINE BORIELLO<br>1819 WILLIAMSBRIDGE<br>BRONX NY 10461 | RPS | RD<br>EN<br>Tax<br>Total | 4.75<br>0.34<br>0.00<br>5.09 |
| 101672052538<br>4/15/2013 | | 706063 | LaserShip NY<br>239 W 29TH ST GROUND FL<br>NEW YORK NY 10001<br>706063 | STEPHEN WARD<br>1855 BOGART AVE<br>BRONX NY 10462 | RPS | RD<br>EN<br>Tax<br>Total | 4.75<br>0.34<br>0.00<br>5.09 |
| 10100001245285<br>4/16/2013 | CATRICE | REF: GMV | LASERSHIP (CURRENT)<br>237 W 29TH ST 2ND FL<br>NEW YORK NY 10001 | BETZARIA RAMOS<br>91 E 2ND ST 104TH FL<br>NEW YORK NY 10009 | NO ONE HOME | WS<br>EN<br>Tax<br>Total | 7.50<br>1.54<br>0.00<br>9.04 |
| 101672238518<br>4/17/2013 | | 705934 | LaserShip NY<br>239 W 29TH ST GROUND FL<br>NEW YORK NY 10001<br>705934 | KOS COMPANY GEORGE PERILLI<br>18914 CROCHERON AVE 211<br>FLUSHING NY 11358 | PARELLI | RD<br>EN<br>Tax<br>Total | 4.75<br>0.34<br>0.00<br>5.09 |
| 101672436756<br>4/19/2013 | | O10001244722 | LaserShip NY<br>239 W 29TH ST GROUND FL<br>NEW YORK NY 10001 | KATHY BRADY<br>19 LUDWIG ST<br>STATEN ISLAND NY 10310 | KATHY | RD<br>EN<br>Tax<br>Total | 4.75<br>0.34<br>0.00<br>5.09 |
| 101672436757<br>4/19/2013 | | O10001244684 | LaserShip NY<br>239 W 29TH ST GROUND FL<br>NEW YORK NY 10001 | MARY PONOMAREV<br>1377 RICHMOND RD<br>STATEN ISLAND NY 10304 | MARY | RD<br>EN<br>Tax<br>Total | 4.75<br>0.34<br>0.00<br>5.09 |
| 101672436758<br>4/19/2013 | | O10001244809 | LaserShip NY<br>239 W 29TH ST GROUND FL<br>NEW YORK NY 10001 | ANNEMARIE SKOMINA<br>34A POND WAY<br>STATEN ISLAND NY 10303 | ANNMARIE | RD<br>EN<br>Tax<br>Total | 4.75<br>0.34<br>0.00<br>5.09 |
| 101672436759<br>4/19/2013 | | O10001244691 | LaserShip NY<br>239 W 29TH ST GROUND FL<br>NEW YORK NY 10001 | DIANE DIPALMA<br>615 LACONIA AVENUE APA<br>STATEN ISLAND NY 10306 | DIANE | RD<br>EN<br>Tax<br>Total | 4.75<br>0.34<br>0.00<br>5.09 |
| 101672436760<br>4/19/2013 | | O10001244751 | LaserShip NY<br>239 W 29TH ST GROUND FL<br>NEW YORK NY 10001 | DEE PASSARIELLO<br>176 BERTHA PL<br>STATEN ISLAND NY 10301 | DEE | RD<br>EN<br>Tax<br>Total | 4.75<br>0.34<br>0.00<br>5.09 |
| 101672436761<br>4/19/2013 | | O10001244818 | LaserShip NY<br>239 W 29TH ST GROUND FL<br>NEW YORK NY 10001 | DOLORES HIPPEN<br>20 CAPODANNO BLVD 4K<br>STATEN ISLAND NY 10305 | DOLORES | RD<br>EN<br>Tax<br>Total | 4.75<br>0.34<br>0.00<br>5.09 |
| 101672436762<br>4/19/2013 | | O10001244696 | LaserShip NY<br>239 W 29TH ST GROUND FL<br>NEW YORK NY 10001 | IRINA LIBEROVA<br>870 TYSENS LN<br>STATEN ISLAND NY 10306 | IRINA | RD<br>EN<br>Tax<br>Total | 4.75<br>0.34<br>0.00<br>5.09 |
| 101672436763<br>4/19/2013 | | | LaserShip NY<br>239 W 29TH ST GROUND FL<br>NEW YORK NY 10001 | ELIZABETH THOMAS<br>675 TYSENS LANE APT 6 L ALT APT 6N<br>STATEN ISLAND NY 10306 | ELIZABETH | RD<br>EN | 4.75<br>0.34 |